## IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

AMANDA DUREN,

      Plaintiff,

v.

INTERNATIONAL FOLLIES, INC.
d/b/a CHEETAH and
JACK BRAGLIA,

      Defendants.

\*      1:19-CV-01512-ELR

## ORDER

Currently before the Court are Defendants' Motion for Reconsideration/and or Clarification [Doc. 61], Plaintiff's Second Motion for Extension of Discovery [Doc. 64], and Plaintiff's Motion for Contempt as to Schulten, Ward, Turner & Weiss, LLP. [Doc. 67]. In order to resolve these pending motions, the Court finds that an *in camera* review of certain documents on Defendants' privilege log is necessary. Thus, the Court orders Defendants to file under seal documents on their privilege log [See Docs. 52-2, 56-8] related to tip pooling within fourteen (14) days from the date of entry of this order. Accordingly, the Court **DIRECTS** Defendants to make the

requisite productions and filings within fourteen (14) days from the date of entry of this order.

**SO ORDERED**, this 10th day of January, 2020.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2