# EXHIBIT

# 1

"ALEX"

Amanda dween

# EMPLOYEE ARBITRATION AGREEMENT

1. Any "Covered Claim" as defined in section 2 below that you may have against International Follies, Inc. its owners, directors, officers, managers, employees or agents (hereinafter "International Follies" or the "Cheetah") or that International Follies may have against you shall be submitted exclusively to and determined exclusively by binding arbitration under the Federal Arbitration Act, 9 U.S.C. § 1 et seq., regardless of the substantive law applied in the arbitration.

2. "Covered Claims" include, but are not limited to, claims that arose before and / or after this Agreement went into effect, arising under federal discrimination laws, including but not limited to the Age Discrimination in Employment Act (ADEA), Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), the Family and Medical Leave Act (FMLA), the Fair Labor Standards Act (FLSA), 42 U.S.C. § 1981, including amendments to all the foregoing statutes, the Employee Polygraph Protection Act, state discrimination statutes, state wage statutes, and/or common law regulating employment termination, misappropriation, breach of the duty of loyalty, the law of contract or the law of tort, including, but not limited to, claims for malicious prosecution, wrongful discharge, intentional/negligent infliction of emotional distress or defamation.

Conversely, claims for state employment insurance (e.g., unemployment compensation, workers' compensation) or claims under the National Labor Relations Act are not covered, and thus not subject to arbitration. If applicable, statutory or common law claims made outside of the state employment insurance system alleging that International Follies retaliated or discriminated against an employee for filing a state employment insurance claim, however, are Covered Claims, and shall be subject to arbitration.

3. International Follies and you are required to bring all Covered Claims subject to arbitration in one arbitration proceeding. Any such Covered Claims not brought in one arbitration shall be waived and precluded. The Arbitrator shall have the power to hear as many Covered Claims you or International Follies may have against each other consistent with the terms of this Agreement. For purposes of this Agreement, the date the Covered Claim is received in writing by the other party shall be deemed the date the Covered Claim is filed. Any dispute over the timeliness of the Covered Claim shall be referred to the Arbitrator selected to hear the case.

The Arbitrator has no authority to and shall not consolidate Covered Claims of different employees into one proceeding, nor shall the Arbitrator have the power to hear an arbitration as a class or collective action (a class or collective action involves an arbitration or lawsuit where representative members of a group who claim to share a common interest seek class or collective relief), and you shall not be allowed to submit your Covered Claim(s) against International Follies to arbitration as a representative of or participant in a class or collective action or a claim seeking class or collective relief.

4. This Arbitration Agreement shall be governed by the American Arbitration Association ("AAA") Employment Rules ("Rules") in effect at the time a Covered Claim is filed. The parties, however, shall not use AAA or any other vendor such as JAMS, Henning, or similar

Initials: ___

Eff. July 10, 2015

CHEETAH 000020

vendors to administer the Agreement. The Employment Due Process Protocol shall apply to any arbitration under this Agreement. The parties shall select an Arbitrator by consent. If the parties cannot agree on an Arbitrator, then each party shall select an Arbitrator. The selected Arbitrators shall meet to choose a third Arbitrator who is qualified to hear employment cases. The third Arbitrator shall serve as the Arbitrator to hear the case. International Follies shall pay the Arbitrators' fees. The Arbitrator selected to hear the case shall be a lawyer who has five (5) or more years of service as an independent neutral and experience in handling and deciding statutory rights cases involving employers and employees under federal and state laws. The Arbitrator selected to hear the case shall be chosen from Arbitrators who live in, or who are based in, the Atlanta, Georgia metropolitan area. If there are any differences between this Agreement and the Rules and in the absence of any final and established contrary legal obligation in the arbitration of statutory rights the provisions of this Agreement shall apply.

5. Nothing in this Arbitration Agreement prohibits you from filing at any time a charge or complaint with a government agency such as the National Labor Relations Board (NLRB) or the Equal Employment Opportunity Commission (EEOC). Moreover, nothing in this Agreement precludes a government agency from investigating, and if necessary, filing suit on behalf of a class of employees. However, upon receipt of a right to sue letter from the EEOC or similar administrative determination, your claims become subject to arbitration as defined herein.

6. Nothing in this Arbitration Agreement constitutes a waiver of your right to file an unfair labor practice charge under the National Labor Relations Act, and you have the right to challenge the validity of this Agreement, without being subject to retaliation, upon grounds that may exist in law and equity.

7. Neither International Follies nor you may file a civil lawsuit in court against the other party relating to any Covered Claims. If a party files a lawsuit in court to resolve Covered Claims subject to arbitration, both parties agree that the court shall dismiss the lawsuit and require the Covered Claims to be resolved through arbitration as provided herein.

8. If either International Follies or you file a lawsuit in court involving claims that are, and other claims that are not, subject to arbitration, the party filing the lawsuit shall request the court to stay litigation of the nonarbitrable claims and require that arbitration take place with respect to those claims subject to arbitration. The Arbitrator's decision on the arbitrable claims, including any determinations as to disputed factual or legal issues, shall be entitled to full force and effect in any later court lawsuit on any nonarbitrable claims.

9. In accordance with the Rules, a Covered Claim must be filed as provided in paragraph 3 above within the time limits contained in the applicable substantive law's statute of limitations.

10. The arbitration hearing shall be held at a location in Fulton County, Georgia, unless the parties agree otherwise.

11. The Arbitration Agreement does not infringe on either party's right to consult with an attorney at any time.

Initials:

12. Upon a finding that a party has sustained its burden of persuasion in establishing a violation of applicable law, the Arbitrator shall have the same power and authority as would a court to grant any relief, including costs and attorney's fees, in conformance with applicable principles of federal or state decisional and statutory law.

13. The parties may settle their dispute at any time without involvement of the Arbitrator.

14. If any term or provision, or portion of this Arbitration Agreement is declared void or unenforceable it shall be severed and the remainder of this Agreement shall be enforceable.

15. This Arbitration Agreement may be modified, in whole or in part, or terminated by International Follies only after International Follies provides at least 14 days written notice of such modification or termination. This notice may be provided through a bulletin board posting. The Arbitration Agreement in effect at the time a Covered Claim is filed by a party, as provided in paragraph 3 above, will govern the process by which the Covered Claim is determined.

16. <u>AS TO EMPLOYEES OF INTERNATIONAL FOLLIES</u>: THE SUBMISSION OF AN APPLICATION, ACCEPTANCE OF EMPLOYMENT OR THE CONTINUATION OF EMPLOYMENT BY YOU SHALL BE DEEMED TO BE ACCEPTANCE OF THIS ARBITRATION AGREEMENT. NO SIGNATURE SHALL BE REQUIRED FOR THE AGREEMENT TO BE APPLICABLE. THE MUTUAL OBLIGATIONS SET FORTH IN THIS AGREEMENT SHALL CONSTITUTE A CONTRACT BETWEEN YOU AND INTERNATIONAL FOLLIES BUT SHALL NOT CHANGE YOUR AT-WILL RELATIONSHIP OR ANY TERM OF ANY OTHER CONTRACT OR AGREEMENT BETWEEN INTERNATIONAL FOLLIES AND YOU. THIS AGREEMENT SHALL CONSTITUTE THE ENTIRE AGREEMENT BETWEEN YOU AND INTERNATIONAL FOLLIES FOR THE RESOLUTION OF COVERED CLAIMS.

**EMPLOYEE**

Amanda Duren
Employee's Name (please print)

A. Du
Employee's Signature

4/6/16
Date

**INTERNATIONAL FOLLIES, INC.**

Sohn Kim
Name

manager
Title

4·6·16
Date

3

Eff. July 10, 2015

CHEETAH 000022

"ALEX"



# Employment Eligibility Verification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 03/31/2016

▶ **START HERE.** Read instructions carefully before completing this form. The instructions must be available during completion of this form.
**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) they will accept from an employee. The refusal to hire an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)*

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Names Used (if any) |
|---|---|---|---|
| Duren | AMANDA | R | |

| Address (Street Number and Name) | Apt. Number | City or Town | State | Zip Code |
|---|---|---|---|---|
| 912 CARLTON POINTE TER | | PALMETTO | GA | 30268 |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | E-mail Address | Telephone Number |
|---|---|---|---|
| ██/██/16 | ███-██-1296 | aduren@crimson.ua.edu | 404.789.4987 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):

[✓] A citizen of the United States

[ ] A noncitizen national of the United States *(See instructions)*

[ ] A lawful permanent resident (Alien Registration Number/USCIS Number): _____

[ ] An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy) _____ . Some aliens may write "N/A" in this field.
    *(See instructions)*

For aliens authorized to work, provide your Alien Registration Number/USCIS Number OR Form I-94 Admission Number:

1. Alien Registration Number/USCIS Number: _____

   **OR**

2. Form I-94 Admission Number: _____

   If you obtained your admission number from CBP in connection with your arrival in the United States, include the following:

   Foreign Passport Number: _____

   Country of Issuance: _____

   Some aliens may write "N/A" on the Foreign Passport Number and Country of Issuance fields. *(See instructions)*

**3-D Barcode Do Not Write in This Space**

| Signature of Employee: A. Du~ | Date (mm/dd/yyyy): 4/6/16 |
|---|---|

**Preparer and/or Translator Certification** *(To be completed and signed if Section 1 is prepared by a person other than the employee.)*

I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator: | Date (mm/dd/yyyy): |
|---|---|
| | |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | Zip Code |
|---|---|---|---|
| | | | |

🛑 *Employer Completes Next Page* 🛑

Form I-9 03/08/13 N

Page 7 of 9

CHEETAH 000024

### Section 2. Employer or Authorized Representative Review and Verification

(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR examine a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents" on the next page of this form. For each document you review, record the following information: document title, issuing authority, document number, and expiration date, if any.)

Employee Last Name, First Name and Middle Initial from Section 1:

| List A  Identity and Employment Authorization | OR | List B  Identity | AND | List C  Employment Authorization |
|---|---|---|---|---|
| Document Title: | | Document Title: Drivers License | | Document Title: Social Security Card |
| Issuing Authority: | | Issuing Authority: State of Georgia | | Issuing Authority: Federal Govt. |
| Document Number: | | Document Number: | | Document Number: [redacted]296 |
| Expiration Date (if any)(mm/dd/yyyy): | | Expiration Date (if any)(mm/dd/yyyy): 6/15/2020 | | Expiration Date (if any)(mm/dd/yyyy): N/A |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date (if any)(mm/dd/yyyy): | | | | 3-D Barcode  Do Not Write In This Space |
| Document Title: | | | | |
| Issuing Authority: | | | | |
| Document Number: | | | | |
| Expiration Date (if any)(mm/dd/yyyy): | | | | |

### Certification

I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): 4/14/16 (See instructions for exemptions.)

| Signature of Employer or Authorized Representative | Date (mm/dd/yyyy) | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Employer's Business or Organization Name |
| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | Zip Code |

### Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) Last Name (Family Name) First Name (Given Name) Middle Initial | B. Date of Rehire (if applicable) (mm/dd/yyyy): |
|---|---|

C. If employee's previous grant of employment authorization has expired, provide the information for the document from List A or List C the employee presented that establishes current employment authorization in the space provided below.

| Document Title: | Document Number: | Expiration Date (if any)(mm/dd/yyyy): |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative: | Date (mm/dd/yyyy): | Print Name of Employer or Authorized Representative: |
|---|---|---|

# LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br>Documents that Establish Both Identity and Employment Authorization | LIST B<br>Documents that Establish Identity | LIST C<br>Documents that Establish Employment Authorization |
|---|---|---|
| 1. U.S. Passport or U.S. Passport Card | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 2. Certification of Birth Abroad issued by the Department of State (Form FS-545) |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>a. Foreign passport; and<br>b. Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | 3. School ID card with a photograph | 3. Certification of Report of Birth issued by the Department of State (Form DS-1350) |
| | 4. Voter's registration card | |
| | 5. U.S. Military card or draft record | 4. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| | 6. Military dependent's ID card | |
| | 7. U.S. Coast Guard Merchant Mariner Card | |
| | 8. Native American tribal document | 5. Native American tribal document |
| | 9. Driver's license issued by a Canadian government authority | 6. U.S. Citizen ID Card (Form I-197) |
| | **For persons under age 18 who are unable to present a document listed above:** | 7. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | 10. School record or report card | 8. Employment authorization document issued by the Department of Homeland Security |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

**Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274).**

**Refer to Section 2 of the instructions, titled "Employer or Authorized Representative Review and Verification," for more information about acceptable receipts.**

CHEETAH 000026

"ALEX"

# Form W-4 (2016)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2016 expires February 15, 2017. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $1,050 and includes more than $350 of unearned income (for example, interest and dividends).

**Exceptions.** An employee may be able to claim exemption from withholding even if the employee is a dependent, if the employee:
- Is age 65 or older,
- Is blind, or
- Will claim adjustments to income; tax credits; or itemized deductions, on his or her tax return.

The exceptions do not apply to supplemental wages greater than $1,000,000.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2016. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted at www.irs.gov/w4.

---

### Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . **A** 0

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

**B** ___

**C** Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . **C** ___

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . . **D** ___

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . **E** ___

**F** Enter "1" if you have at least $2,000 of **child or dependent care expenses** for which you plan to claim a credit . . . **F** ___
(Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $70,000 ($100,000 if married), enter "2" for each eligible child; then **less** "1" if you have two to four eligible children or **less** "2" if you have five or more eligible children.
- If your total income will be between $70,000 and $84,000 ($100,000 and $119,000 if married), enter "1" for each eligible child . . **G** ___

**H** Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** 0

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2. |
|---|---|
| | • If you are **single and have more than one job** or **are married and you and your spouse both work** and the combined earnings from all jobs exceed $50,000 ($20,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld. |
| | • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

---------- Separate here and give Form W-4 to your employer. Keep the top part for your records. ----------

### Form W-4  Employee's Withholding Allowance Certificate
Department of the Treasury
Internal Revenue Service

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2016**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| AMANDA  R | DUREN | ▓▓▓▓▓ 1296 |

Home address (number and street or rural route)
912 Carlton Pointe Ter.

City or town, state, and ZIP code
Palmetto, GA  30268

**3** ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) ... **5** 0

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . **6** $

**7** I claim exemption from withholding for 2016, and I certify that I meet both of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, and
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶ A. Du[signature]        Date ▶ 4/6/16

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2016)

CHEETAH 000028

"ALEX"

FORM G-4 (Rev. 01/04)

## STATE OF GEORGIA
### EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

1. YOUR FULL NAME: Amanda R. Duren
2. YOUR SOCIAL SECURITY NUMBER: [redacted]1296
HOME ADDRESS (Number, Street, or Rural Route): 912 Carlton Pointe Terrace
CITY, STATE AND ZIP CODE: Palmetto, GA 30268

PLEASE READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING LINES 3-8

3. MARITAL STATUS
(If you do not wish to claim an allowance, enter "0" in the brackets beside your marital status.)

   A. Single: enter 0 or 1 ............ (0)
   B. Married Filing Joint, both spouses working: enter 0 or 1 or 2 ............ (0)
   C. Married Filing Joint, one spouse working: enter 0 or 1 or 2 ............ (0)
   D. Married Filing Separate: enter 0 or 1 or 2 ............ (0)
   E. Head of Household: enter 0 or 1 or 2 ............ (0)

4. DEPENDENT ALLOWANCES ............ (0)

5. ADDITIONAL ALLOWANCES ............ (0)
   (complete worksheet below)

6. ADDITIONAL WITHHOLDING ............ $ 0

7. LETTER USED (Marital Status A, B, C, D, or E): A
   TOTAL ALLOWANCES (Total of Lines 3 - 5): 0
   (Employer: The letter indicates the tax tables on pages 16 through 35 of the Employer's Tax Guide)

8. EXEMPT: I claim exemption from withholding because I incurred no Georgia income tax liability last year and I do not expect to have a Georgia income tax liability this year. Check here ☐.

I certify under penalty of perjury that I am entitled to the number of withholding allowances or the exemption from withholding status claimed on this Form G-4. Also, I authorize my employer to deduct per pay period the additional amount listed above.

Employee's Signature: [signature]    Date: 4/6/16

Employer: Complete Line 9 if the employee claims over 14 allowances or exempt from withholding. Mail entire form to Georgia Department of Revenue, Withholding Tax Unit, P.O. Box 49432, Atlanta, GA 30359.

9. EMPLOYER'S NAME AND ADDRESS:    EMPLOYER'S FEIN: _____
                                    EMPLOYER'S WH#: _____

### WORKSHEET FOR CALCULATING ADDITIONAL ALLOWANCES

1. COMPLETE THIS LINE ONLY IF USING STANDARD DEDUCTION:
   Yourself:  Age 65 or over ☐  Blind ☐
   Spouse:    Age 65 or over ☐  Blind ☐   Number of boxes checked ___ x 1300 ............ $ 0

2. ADDITIONAL ALLOWANCES FOR DEDUCTIONS:
   A. Federal Estimated Itemized Deductions ............ $ _____
   B. Georgia Standard Deduction (enter one):  Single/Head of Household  $2,300
                                                Each Spouse              $1,500  $ _____
   C. Subtract Line B from Line A ............ $ _____
   D. Allowable Deductions to Federal Adjusted Gross Income ............ $ _____
   E. Add the Amounts on Lines 1, 2C, and 2D ............ $ _____
   F. Estimate of Taxable Income not Subject to Withholding ............ $ _____
   G. Subtract Line F from Line E (if zero or less, stop here) ............ $ _____
   H. Divide the Amount on Line G by $3,000. Enter total here and on Line 5 above ............ _____
      (This is the number of additional allowances. If the remainder is over $1,500 round up).

CREATE AS MANY COPIES AS NEEDED

CHEETAH 000027

"ALEX"

## NOTICE OF TIP CREDIT – TIP POOL

### ENTERTAINERS

International Follies, Inc. will apply a tip credit toward the law's minimum-wage requirements. As a condition of applying the tip credit, the following notice is required.

You will be paid a cash wage of $2.13 per hour. To satisfy the remainder of the minimum wage, we will apply a tip credit in the amount of $5.12 per hour, the difference between your cash wage and the federal minimum wage of $7.25 per hour. We will always ensure that the tip credit claimed never exceeds the amount of tips you will actually receive. Please notify your manager immediately if this ever occurs.

You are required to contribute 10% of your total tips to floor managers and disc jockeys (collectively) as part of a tip-pooling arrangement. No other mandatory tipping is required. With the exception of any lawful contributions to a tip pool that you may be required to make, the applicable law requires that you be allowed to retain all of your remaining tips. Management will not retain any of your tips.

The tip credit will not apply to any tipped employee unless the employee has been informed of these tip credit provisions.

Please print your name, sign, and date below and return this document to your manager.

Amanda Duren
Name (please print)

_[signature]_
Signature

Date: 4/6/16

cc: Personnel file

WSACTIVELLP:8316618.2

Rev. 4/2016

CHEETAH 000023

"ALEX"

# INTERNATIONAL FOLLIES, INC.
## ACKNOWLEDGMENT OF RECEIPT
## OF ENTERTAINER EMPLOYEE POLICIES AND ATTACHMENTS

I, __Amanda Dyren__ acknowledge that I received a copy of the International Follies, Inc. Entertainer Employee Policies, including the following attachments:

1. Adult Entertainment Permit Issuance Process.

2. Sections 10-228 and 14-13 of the City of Atlanta Code of Ordinances.

I further acknowledge receipt of the International Follies, Inc. Employee Arbitration Agreement.

I agree to abide by the policies contained in the Entertainer Employee Policies and attachments, and any other policies or rules that International Follies, Inc. may implement from time to time.

I understand that the Entertainer Employee Policies, including the attachments, may be amended from time to time. I understand and acknowledge that my employment at International Follies, Inc. is at will, meaning that either International Follies, Inc. or I may terminate my employment at any time, with or without notice and with or without cause.

I understand that nothing in the Entertainer Employee Polices or attachments changes my status as an at-will employee of International Follies, Inc.

DATE: 4/6/10

_A. D_____
EMPLOYEE SIGNATURE

_____
MANAGER SIGNATURE

Rev. 4/2016

CHEETAH 000019

APD Adult Entertainment Permits    Attachment 1 to International Follies, Inc. Entertainer Employee Policies



# Atlanta Police Department

Home    About The APD    Divisions    APD Online    Find My Zone    Careers    FAQs    En Español

## Adult Entertainment Permit Issuance Process

**About the Adult Entertainment Permits**
The City of Atlanta Police Department License and Permit Unit regulates adult entertainment to ensure that applicants fulfill the age requirement and have not had any prior convictions, in addition to other aspects of the Atlanta Municipal Code.

**Who is required?**
Everyone who is working inside the adult entertainment establishment is required to obtain an adult entertainment permit, including the owner. This is including but not limited to: bartenders, deejays, owners, security, dishwashers, "house mothers," kitchen staff and any other employees who work for the adult entertainment establishment.

**What does the permit allow me to do?**
The permit allows an individual to work at an adult entertainment establishment and it is issued per employee and per establishment. You must obtain a separate permit to work at an additional adult entertainment establishment.

**STEP ONE – Get hired**
Make sure that the adult entertainment establishment has hired you. The permit is not refundable and non-transferable.

**STEP TWO – Notarize your SAVE affidavit**
Obtain a copy of the SAVE affidavit and have it notarized. (Document links below)

**STEP THREE – Obtain three separate money orders**
Your visit to the License and Permit Unit would be expedited if you came prepared to pay the three fees via money order. The License and Permit Unit does not accept any other forms of payment.

- Fingerprint - $20
- Processing fee - $50
- Adult entertainment permit - $300

Payment for fees will be accepted only in the form of a cashier's check or money order. All application fees are non-refundable. The following money orders will NOT be accepted: Fidelity Express, United One, and US Express. Funds must be on separate money orders/cashier's checks in the amounts listed. These fees are processed at the License and Permit Unit.

**STEP FOUR – Visit the License and Permit Unit to complete the application**
Prepare your secure and verifiable form of identification and go to the License and Permit Unit to fill out the application card and the consent form.

- Application card

  - Please write legibly in BLACK ink or type information. Answer all questions appropriately and in detail. At this time, the officer will ask for all three money orders.
- Background check

### Location

Public Safety Annex
First Floor (on the right after the security checkpoint)
3493 Donald Lee Hollowell Pkwy

License and Permit Unit Hotline
(404) 546-4470

Hours of Operation (to accept financial transactions)
Monday 9:00 a.m. to 2:30 p.m.
Tuesday 9:00 a.m. to 2:30 p.m.
Wednesday 9:00 a.m. to 2:30 p.m.
Thursday 9:00 a.m. to 2:30 p.m.
Friday 9:00 a.m. to 2:30 p.m.

We are closed on weekends and holidays.

If you only want to pick up an application, we are available until 5:00 p.m. Applications are also available online here.

Help us serve you better!

CHEETAH 000012

http://www.atlantapd.org/adultentertainmentpermits.aspx[3/16/2016 11:21:20 AM]

APD Adult Entertainment Permits

- This background check verifies that there are no outstanding charges against that individual. According to the Atlanta Municipal Code, we cannot issue you a permit if you have had any prior convictions within the past three years in this country for crimes related to the unlawful dealing of narcotics, sexual-related offenses and crimes of moral terpitude. Moreover, we cannot issue you a permit if employment would violate the terms of your parole or probation. If you do not pass the background check, you will receive a receipt for the processing fee and we will return the fingerprinting money order and the permit fee money order.
- Finger print
- If you pass the background check, you may proceed to be fingerprinted. The applicant will be fingerprinted in the License and Permits Office. The fee for fingerprinting is $20 per person.

**STEP FIVE – Obtain your Adult Entertainment Permit**

Once you complete the fingerprinting, the License and Permit Unit will take your photo. After successfully completing your background check and processing all of the required documents, the License and Permit Unit will issue you your Adult Entertainment permit. Your permit is good for one year starting the date that the permit fee was accepted.

Please note: If you would like to work at an additional establishment, you must return to the License Permit Unit to complete the process again. You will need another notarized SAVE affidavit, two money orders and a completed consent form.

**Fees**

Payment for fees will be accepted only in the form of a cashier's check or money order. All application fees are non-refundable. The following money orders will NOT be accepted: Fidelity Express, United One, and US Express. Funds must be on separate money orders/cashier's checks in the amounts listed. These fees are processed at the License and Permit Unit.

- Fingerprint - $20
- Processing fee - $50
- Adult entertainment permit - $300

**Required Documents**
Save Affidavit
Secure and Verifiable ID

- Contact Us
- Site Map
- Login

© 2016 City of Atlanta, GA/Atlanta Police Department | Terms of Service | Privacy Policy

CHEETAH 000013

Attachment 2 to International Follies, Inc. Entertainer Employee Policies

**City of Atlanta Code of Ordinances**

**Sec. 10-228.** - Conduct of employees, entertainers and other persons in certain establishments.

(a) For the purposes of this section, the term "alcoholic commercial establishment" means any hotel, motel, restaurant, park, nightclub, lounge, bar or private club where alcoholic beverages are dispensed or consumed, but the definition excludes any theater which sells alcoholic beverages pursuant to sections 10-58 and 10-214 or any auditorium as defined in section 10-1.

(b) It shall be unlawful for any person to commit the following acts in any alcoholic commercial establishment or for any licensee to knowingly permit or allow such acts to be performed:

   (1) For any person to touch, caress or fondle an entertainer or dancer, except to place money in garters worn for such purposes.
   (2) For any dancer in such establishment to leave the premises and return during the same shift, without signing out on a log provided by the employer stating the dancer's name, destination and expected time of return.
   (3) For any dancer to, by bending, stooping and other postural movements, display the interior of the dancer's anus or vagina.

(c) The owner or manager of such adult commercial entertainment establishment shall submit to the licensing division of the department of police a copy of its rules and regulations for the conduct of its patrons and employees.

(d) Failure to comply with this section shall be considered as due cause to suspend, revoke or refuse to renew any license issued by the city pursuant to this article.

(Code 1977, § 14-2150)

**Sec. 14-13.** - Indecent or immoral shows.

It shall be unlawful for any person to exhibit or perform in any hall, house or public place any indecent, immoral or lewd play or dance or to sing to a public audience any sacrilegious, indecent, vulgar or lewd song. It shall be the duty of the police and city officers to arrest every person violating this section in their presence or on complaint of any citizen of a violation of this section by any person.

(Code 1977, § 14-3012)

CHEETAH 000014